■ JEAN M. MCCARTHY, Respondent, v DENNIS MCCARTHY, Appellant. (Appeal No. 2.) [627 NYS2d 606] —Appeal unanimously dismissed without costs *(see, Empire Ins. Co. v Food City,* 167 AD2d 983, 984). (Appeal from Order of Supreme Court, Erie County, Gorski, J.—Reargument.) Present—Fallon, J. P., Wesley, Doerr, Balio and Boehm, JJ.